```
SCHROTH & SCHROTH
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MICHAEL BESS-AMARILLAS (1),<br>ERIK MEDELLIN-LOPEZ (2),<br>ALFREDO GARCIA-ORTEGA (3),<br><br>                    Defendants. | ) Criminal Case No.:   08CR307MJ<br>) Magistrate Case No.:  08MJ8081<br>)<br>)<br>) **STIPULATION RELEASING**<br>) **MATERIAL WITNESSES & ORDER**<br>)<br>)<br>)<br>)<br>) |

**IT IS HEREBY STIPULATED AND AGREED** between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Defendants MICHAEL BESS-AMARILLAS (1), ERIK MEDELLIN-LOPEZ (2), and ALFREDO GARCIA-ORTEGA (3), by and through and with the advice and consent of defense counsel, Robert E. Schroth, that:

1.   The material witnesses in this case:

Oscar Armando Gonzalez-Lorenzana

Jesus Tovar-Venegas

Vanessa Mavel-Martinez

May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

1

1 ///

2 It is STIPULATED AND AGREED this date.

3                               Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Paul Starita

Dated: March 21, 2008  _____
PAUL STARITA
Assistant United States Attorney

s/Robert Casillas

Dated: March 21, 2008  _____
ROBERT CASILLAS
Defense Counsel for Michael Bess-Amarillas

s/Siri Shetty

Dated: March 21, 2008  _____
SIRI SHETTY
Defense Counsel for Erik Medellin-Lopez

s/Michael Littman

Dated: March 21, 2008  _____
MICHAEL LITTMAN
Defense Counsel for Alfredo Garcia-Ortega

s/Robert E. Schroth

Dated: March 21, 2008  _____
ROBERT E. SCHROTH
Counsel for Material Witnesses

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BESS-AMARILLAS (1),<br>ERIK MEDELLIN-LOPEZ (2),<br>ALFREDO GARCIA-ORTEGA (3),<br><br>　　　　Defendants. | Criminal Case No.:   08CR307MJ<br>Magistrate Case No.:  08MJ8081<br><br>**STIPULATION RELEASING<br>MATERIAL WITNESSES & ORDER** |

**ORDER**

Upon Joint Application and Motion of the Parties, and for good cause shown,

**IT IS ORDERED** that the material witnesses, Oscar Armando Gonzalez-Lorenzana, Jesus Tovar-Venegas, and Vanessa Mavel-Martinez be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED**

Dated: _____       _____
　　　　　　　　　　　　　　　　　　HONORABLE JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge