# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BESS-AMARILLAS (1),<br>ERIK MEDELLIN-LOPEZ (2),<br>ALFREDO GARCIA-ORTEGA (3),<br><br>　　　　Defendants. | Criminal Case No.:　08CR307MJ<br>Magistrate Case No.:　08MJ8081<br><br>**STIPULATION RELEASING<br>MATERIAL WITNESSES & ORDER** |

## ORDER

Upon Joint Application and Motion of the Parties, and for good cause shown,

**IT IS ORDERED** that the material witnesses, Oscar Armando Gonzalez-Lorenzana, Jesus Tovar-Venegas, and Vanessa Mavel-Martinez be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED**

Dated: March 21, 2008

　　　　　　　　　　　　　　　　　　　HONORABLE JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1