PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL BESS-AMARILLAS (1),<br>ERIK MEDELLIN-LOPEZ (2),<br>ALFREDO GARCIA-ORTEGA (3)<br>Defendant(s) | CRIMINAL NO. 08CR307-JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

RECEIVED 2008 MAR 21 PM 2:08 U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

OSCAR ARMANDO GONZALEZ-LORENZANA

DATED: 3/21/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

W. SAMUEL HAMRICK, JR. Clerk
by J. HASLAM
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082