PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
        Plaintiff  )
        vs.  )
MICHAEL BESS-AMARILLAS (1);  )
ERIK MEDELLIN-LOPEZ (2);  )
ALFREDO GARCIA-ORTEGA (3)  )
        Defendant(s)  )

CRIMINAL NO. 08CR307-JM

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

JESUS TOVAR - VENEGAS

DATED: 3/21/08

RECEIVED _____
        DUSM

RECEIVED 2008 MAR 21 P 2:18

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by   J. HASLAM
    Deputy Clerk