DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 238-9914
Email: dcesq1@sbcglobal.net

Attorney for Defendant
MICHAEL BESS-AMARILLAS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL BESS-AMARILLAS,<br><br>  Defendant. | Criminal Case No. 08CR0307-JM<br><br>**JOINT MOTION TO CONTINUE SENTENCE HEARING DATE** |

THE PARTIES, the Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul Starita, Assistant United States Attorney, for the Southern District of California, and the defendant, MICHAEL BESS-AMARILLAS, by and through his counsel, Daniel Casillas, jointly move to continue the Sentencing Hearing in this case from August 22, 2008, at 9:00 a.m., to November 14, 2008, at 9:00 a.m., before the Honorable JEFFREY T. MILLER.

Dated: August 20, 2008                                                                         Dated: August 20, 2008

 *s/Paul Starita*                                                                                       *s/Daniel Casillas*
PAUL STARITA                                                                                  DANIEL CASILLAS
Assistant United States Attorney                                                    Attorney for Defendant