DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 238-9914
Email: dcesq1@sbcglobal.net

Attorney for Defendant
MICHAEL BESS-AMARILLAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0307-JM |
|---|---|
| Plaintiff, | |
| vs. | ACKNOWLEDGMENT OF NEXT COURT DATE |
| MICHAEL BESS-AMARILLAS, | |
| Defendant. | |

I, MICHAEL BESS-AMARILLAS, the defendant in the above entitled case, acknowledge that my next court date to appear in the United States District Court for the Southern District of California is November 14, 2008 at 9:00 a.m., before the Honorable JEFFREY T. MILLER.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-20-08

_____
MICHAEL BESS-AMARILLAS