**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>MICHAEL BESS-AMARILLAS,<br><br>                              Defendant. | Criminal Case No. 08CR0307-JM<br><br>**ORDER CONTINUING SENTENCING HEARING** |

FOR GOOD CAUSE, the parties' joint motion to continue the sentencing hearing presently set for August 22, 2008, at 9:00 a.m., is hereby GRANTED.  The sentencing hearing shall be held on *November 14, 2008, at 9:00 a.m.*, before the Honorable JEFFREY T. MILLER.

**IT IS SO ORDERED.**

DATED:  August 21, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge