# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JEFFREY T. MILLER)

| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0307-JM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING SENTENCING HEARING** |
| MICHAEL BESS-AMARILLAS, | |
| Defendant. | |

FOR GOOD CAUSE, the parties' joint motion to continue the sentencing hearing presently set for August 22, 2008, at 9:00 a.m., is hereby GRANTED. The sentencing hearing shall be held on *November 14, 2008, at 9:00 a.m.*, before the Honorable JEFFREY T. MILLER.

**IT IS SO ORDERED.**

DATED: August 21, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge